## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

**HANCOCK BANK,**

**Plaintiff,**

-vs-                                                    **Case No. 6:12-cv-353-Orl-28KRS**

**HOMES BY CARMEN DOMINGUEZ, L.C.,
CARMEN DOMINGUEZ, REUNION
RESORT & CLUB OF ORLANDO
MASTER ASSOCIATION, INC.,**

**Defendants.**

---

## ORDER

This case is before the Court on Plaintiff's Motion for Deficiency Judgment (Doc. No. 31) filed April 23, 2013.  The United States Magistrate Judge has submitted a report recommending that the parties be required to prepare and submit their case management report for resolution of the deficiency claim.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.     That the Report and Recommendation filed October 16, 2013 (Doc. No. 45) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     The parties shall meet within fourteen (14) days from the date of this Order to prepare their case management report as required by Local Rule 3.05(c)(2) for resolution

of the deficiency claim.  The parties' case management report shall be filed within twenty-one (21) days from the date of this Order.

3.      The Clerk of the Court shall terminate docket entry 31 as a pending motion, subject to reactivation as contemplated in the scheduling order to be entered.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___6 th___ day of November, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party